UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE: CASE NO.:

**BOBBY RAY SANDERSON** 09-01464-8-JRL
**GINA BRINKLEY SANDERSON**

DEBTOR CHAPTER 7

## REPORT OF SMALL DIVIDENDS

The undersigned trustee in accordance with Rule 3010(a) of the Rules of Bankruptcy Procedure herewith submits the following list of names, addresses and amounts of small dividends:

| Creditor | Amount |
|---|---|
| Duplin County Tax Collector<br>PO Box 968<br>Kenansville, NC 28349-0968 | $4.03 |

The trustee has on this date submitted to the Court the amount of $4.03.

Dated:

March 24, 2010

Algernon L. Butler, III
Trustee in Bankruptcy
P.O. Box 38
Wilmington, NC 28402
(910) 762-1908

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the

### REPORT OF SMALL DIVIDENDS

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

Bankruptcy Administrator
Post Office Box 3758
Wilson, NC 27895-3758

<u>By mailing, postage prepaid, first class mail, *or by certified mail return receipt requested if indicated below, or by facsimile if indicated below*, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:</u>

Dated:  March 24, 2010

BUTLER & BUTLER, L.L.P.

*Ruth Green* (signature)

P.O. Box 38
Wilmington, NC 28402
(910) 762-1908